IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PIERRE GEDEON,

      Petitioner,

v.

DEPARTMENT OF
CORRECTIONS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0737

Opinion filed March 3, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Pierre Gedeon, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Jennifer Parker, General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

WOLF, MAKAR, and OSTERHAUS, JJ., CONCUR.